**<u>EXHIBIT 1:</u>** PHOTOGRAPH

