**EXHIBIT 2:** INFRINGEMENT #1

URL: https://www.bostonglobe.com/2025/07/03/lifestyle/how-to-enjoy-madrid-during-summer/



**EXHIBIT 2:** INFRINGEMENT #2

URL: https://www.bostonglobe.com/lifestyle/travel/

